## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

———————————————————————— )
IN RE YASMIN AND YAZ (DROSPIRENONE) )      3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND          )
PRODUCTS LIABILITY LITIGATION           )         MDL No. 2100
———————————————————————— )
                                        )         **ORDER**
                                                  **VACATING DISMISSAL**

**This Document Relates to:**

***Dabrittany Stevenson v. Bayer Corp. et al.***
**No. 3:10-cv-12923-DRH-PMF**

### ORDER

**HERNDON, Chief Judge:**

Plaintiff has filed a motion to vacate (Doc. 8) the order of dismissal entered on March 28, 2011 (Doc. 6) for failure to comply with the Plaintiff Fact Sheet Requirements found in Case Management Order Number 12.  Plaintiff states that she has submitted a completed Plaintiff Fact Sheet and is now in compliance with the requirements of Case Management Order Number 12 (Doc. 8).  Defendants are not opposed to plaintiff's motion.  Accordingly, the Court hereby **vacates** the Order dismissing without prejudice Plaintiff Dabrittany Stevenson's case and thereby **reinstates** her case.

**SO ORDERED:**

David R. Herndon
2011.05.13
23:09:13 -05'00'

**Chief Judge**
**United States District Court**                    Date: May 13, 2011